Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING, INC., and RANDY RAY THOMPSON, <br><br> Defendants. | Case No.: C07-4703 EDL <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** <br> and <br> **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 17, 2007        Respectfully submitted,
                                 SALTZMAN & JOHNSON LAW CORPORATION


                                 _____/s/_____
                                 Muriel B. Kaplan
                                 Attorneys for Plaintiffs

-1-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C07-4703 EDL**

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 EDL Declination Magistrate 091707.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On September 17, 2007, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE and REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Randy Thompson Painting, Inc.**<br>**3274 W. Jensen Avenue**<br>**Fresno, CA 93706** | **Randy Ray Thompson**<br>**3274 W. Jensen Avenue**<br>**Fresno, CA 93706** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of September, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-2-
**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**Case No.: C07-4703 EDL**

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 EDL Declination Magistrate 091707.DOC