Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING, INC., and RANDY RAY THOMPSON, <br><br> Defendants. | Case No.: C07-4703 WHA <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On September 26, 2007, I served the following document(s):

- **Reassignment Order**

- **Clerk's Notice Scheduling Initial Case Management Conference on Reassignment**

- **Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup**

-1-
PROOF OF SERVICE
Case No.: C07-4703 WHA

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 WHA 09267.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:
4
5      **Randy Thompson Painting, Inc.**    **Randy Ray Thompson**
       **3274 W. Jensen Avenue**        **3274 W. Jensen Avenue**
6      **Fresno, CA 93706**            **Fresno, CA 93706**
7
       I declare under penalty of perjury that the foregoing is true and correct and that this
8  declaration was executed on this 26th day of September, 2007, at San Francisco, California.
9
10
11                                         _____/s/_____
                                                 Vanessa de Fábrega
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**PROOF OF SERVICE**
**Case No.: C07-4703 WHA**

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 WHA 09267.DOC