Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING, INC., and RANDY RAY THOMPSON, <br><br> Defendants. | Case No.: C07-4703 WHA <br><br> **PROOF OF SERVICE ON SUMMONS** |

-1-
PROOF OF SERVICE ON SUMMONS
Case No.: C07-4703 WHA

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR **PLAINTIFFS** | | | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Bay Area Painters & Tapers Pension Fund, et al vs. Randy Thompson Painting, et al. | | | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-4703 EDL |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons
Complaint
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Orders
ECF Registration Information Handout
Welcome to the United States District Court, San Francisco
Instructions for Completion of ADR Forms Regarding Selection of an ADR Process
Dispute Resolution Procedures Handbook in the Northern District of California
Stipulation and [Proposed Order] Selecting ADR Process
Notice of Need for ADR Phone Conference
ADR Certification by Parties and Counsel
Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent, and Declination
Public Notice-Magistrate Judge

**Name: Randy Thompson Painting, Inc.**

**Date of Delivery:** 10/18/07
**Time of Delivery:** 9:30 a.m.

**Place of Service:**  3274 W. Jensen Avenue
Fresno, CA 93706

**Manner of Service:** Personal Service – by handing documents to Susan Thompson, agent for service of process for Randy Thompson Painting, Inc.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 19th, 2007 in Fresno, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Robert Ferguson
Title: RPS, Fresno #S200316

**PROOF OF SERVICE**

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| ATTORNEY FOR PLAINTIFFS | | | | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Bay Area Painters & Tapers Pension Fund, et al vs. Randy Thompson Painting, et al. | | | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07-4703 EDL |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons
Complaint
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Orders
ECF Registration Information Handout
Welcome to the United States District Court, San Francisco
Instructions for Completion of ADR Forms Regarding Selection of an ADR Process
Dispute Resolution Procedures Handbook in the Northern District of California
Stipulation and [Proposed Order] Selecting ADR Process
Notice of Need for ADR Phone Conference
ADR Certification by Parties and Counsel
Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent, and Declination
Public Notice-Magistrate Judge

**Name: Randy Ray Thompson**

**Date of Delivery:** 10/18/07
**Time of Delivery:** 9:30 a.m.

**Place of Service:** 3274 W. Jensen Avenue
Fresno, CA 93706

**Manner of Service:** Substituted Service – by handing documents to Susan Thompson, wife of Randy Ray Thompson, and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 19th, 2007 in Fresno, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

Signature: _____
Name: Robert Ferguson
Title: RPS, Fresno #S200316

## PROOF OF SERVICE

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105<br>ATTORNEY FOR Plaintiffs | TELEPHONE NO.<br>(415) 882-7900 | | | |
|---|---|---|---|---|
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| SHORT NAME OF CASE<br>Bay Area Painter & Tapers Pension Fund vs. Randy Thompson Painting, et al. | | | | |
| DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 4703 EDL |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on 9/18/07 and that after due and diligent effort, I have been unable to effect personal service on the within named:

**Randy Thompson**

Residence Address: 3274 W. Jensen Avenue
Fresno, CA 93706

Dates and Times Attempted:
- 9/18/07 at 4:12 p.m. – Unable to gain access due to security gate. There is a chain link fence around the house.
- 9/19/07 at 7:30 p.m. – Unable to gain access due to security gate.
- 9/20/07 at 4:40 p.m. – Unable to gain access due to security gate.
- 9/21/07 at 7:28 a.m. – Unable to gain access due to security gate. The neighbor said that Randy Thompson did live at that address.
- 9/24/07 at 5:00 p.m. – Unable to gain access due to security gate. The lights were on in the house.
- 9/25/07 at 7:41 a.m. – Unable to gain access due to security gate.
- 9/27/07 at 11:23 a.m. – Unable to gain access due to security gate.
- 9/29/07 at 10:10 a.m. – Unable to gain access due to security gate.
- 10/01/07 at 5:00 p.m. – Unable to gain access due to security gate. There were two trucks parked in the driveway with Randy Thompson Painting on the side of them.
- 10/03/07 at 5:30 p.m. – Unable to gain access due to security gate.
- 10/04/07 at 4:30 p.m. – Unable to gain access due to security gate.
- 10/05/07 at 6:31 p.m. – Unable to gain access due to security gate.
- 10/06/07 at 10:10 a.m. – Unable to gain access due to security gate.
- 10/09/07 at 6:30 p.m. – Unable to gain access due to security gate.
- 10/10/07 at 5:10 p.m. – Unable to gain access due to security gate. I waited about 15 minutes and was still unable to get in.
- 10/11/07 at 4:00 p.m. – Unable to gain access due to security gate.
- 10/13/07 at 9:00 a.m. – Unable to gain access due to security gate.
- 10/16/07 at 2:00 p.m. – Unable to gain access due to security gate.
- 10/18/07 at 9:30 a.m. – I subserved documents to Susan Thompson, wife of Randy Thompson.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2188

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: October 19th, 2007
At: San Francisco, California

Signature: _____
Name: Robert Ferguson
Title: RPS, Fresno #S200316

**DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE**