1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10             UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING, INC., and RANDY RAY THOMPSON, <br><br> Defendants. | Case No.: C07-4703 WHA <br><br> **REQUEST AND STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** <br><br> Date: December 20, 2007 <br> Time: 11:00 a.m. <br> Courtroom: 9, 19th Floor <br> Judge: The Honorable William H. Alsup |

The parties to this action hereby request and stipulate to extend the Case Management Conference, currently set for December 20, 2007, *by 60 days*, to allow the parties time to obtain certain information in question, the answer to which will allow the parties to proceed with anticipated resolution of payments due.

Dated:  December 13, 2007                          ATKINSON, ANDELSON, LOYA,
                                                    RUUD & ROMO


                                                   _____/s/_____
                                                   David A. Soldani, Esq.
                                                   Attorneys for Defendants

///

-1-
**REQUEST AND STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-4703 WHA**

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 WHA Request and Stipulation to Continue CMC 121307.DOC

Dated:  December 13, 2007                    SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                             _____/s/_____
                                             Muriel B. Kaplan
                                             Attorneys for Plaintiffs

IT IS SO ORDERED.

     The currently set Case Management Conference is hereby continued to _____, 2008, at _____.

Date: _____       _____
                                    United States District Court Judge

-2-
**REQUEST AND STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-4703 WHA**

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 WHA Request and Stipulation to Continue CMC 121307.DOC