United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES, AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING INC., a California Corporation, and RANDY RAY THOMPSON, an individual, <br><br> Defendants. | No. C 07-04703 WHA <br><br> **ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' request to continue the case management conference and related deadlines for sixty days.

**IT IS SO ORDERED.**

Dated: December 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE