1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiff
   BAY AREA PAINTERS AND TAPERS
7  PENSION FUND, et al.

8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., | Case No.:  C07-4703 WHA |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE** |
| v. | Date:       December 20, 2007 |
| RANDY THOMPSON PAINTING, INC., and RANDY RAY THOMPSON, | Time:       11:00 a.m. |
| Defendants. | Courtroom: 9, 19th Floor |
| | Judge:      The Honorable William H. Alsup |

19

20         The parties to this action hereby submit this Case Management Statement to now provide

21  in detail the good cause to continue the Case Management Conference now set for December 20,

22  2007:

23         1.      This action was filed by plaintiffs on September 13, 2007, to compel payment by

24  defendants of amounts found due on a payroll audit of defendants' records for the period January 1,

25  2004 through December 31, 2005.

26

27         2.      Defendants denied liability and obtained counsel.

28
                                                                            **-1-**

**JOINT CASE MANAGEMENT STATEMENT**
**Case No.: C07-4703 WHA**

3.     Plaintiffs were contacted by defendants' counsel, who expressed a willingness to work together to resolve this matter. Defendants' counsel provided to plaintiffs a detailed inquiry regarding the audit, which was considered by plaintiffs, and certain revisions were made to the audit.

4.     Defendants' counsel now has resulting questions, which require further research of on the part of plaintiffs to clarify those inquiries and substantiate Plaintiffs' claims. That research is currently in progress, and plaintiffs will promptly provide that information to defendants' counsel, in anticipation that this matter will thereafter be brought to resolution by and between the parties, with the resulting efficiency and reduction of time for the court and of expense to the parties.

5.     In the event that resolution is not reached promptly, plaintiffs anticipate filing a Motion for Summary Judgment.

6.     For that reason, the parties hereto believe that good cause is shown to continue the Case Management Conference, currently set for December 20, 2007 for 60 days, to allow for the above negotiations between the parties to take place.

7.     The parties in this matter therefore respectfully renew their request to continue the Case Management Conference, currently set for December 20, 2007, *by 60 days.*

Dated:  December 13, 2007                    ATKINSON, ANDELSON, LOYA,
                                             RUUD & ROMO


                                             _____/s/_____
                                             David A. Soldani, Esq.
                                             Attorneys for Defendants

Dated:  December 13, 2007                    SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                             _____/s/_____
                                             Muriel B. Kaplan
                                             Attorneys for Plaintiffs

-2-

**JOINT CASE MANAGEMENT STATEMENT**
**Case No.: C07-4703 WHA**

1    IT IS SO ORDERED.

2         The  currently  set  Case  Management  Conference  is  hereby  continued  to

3    _____, 2008, at _____.

4

5    Date: _____          _____

6                                            United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**JOINT CASE MANAGEMENT STATEMENT**
**Case No.: C07-4703 WHA**