United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, LES PROTEAU AND CHARLES DEL MONTE, AS TRUSTEES, AND DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY THOMPSON PAINTING INC., a California Corporation, and RANDY RAY THOMPSON, an individual,<br><br>Defendants. | No. C 07-04703 WHA<br><br>**ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The Court **CONTINUES** the case management conference to **JANUARY 17, 2008, AT 11:00 A.M.** If this case can be settled, it can be settled in thirty days. There will be no further continuances.

**IT IS SO ORDERED.**

Dated: December 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE