United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, LS PROTEAU AND CHARLES DEL MONTE, as Trustees, and DISTRICT COUNSEL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RANDY THOMPSON PAINTING INC., a California corporation, and RANDY RAY THOMPSON, an individual,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　　／ | No. C 07-04703 WHA<br><br>**ORDER DENYING ATTENDANCE AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Good cause not shown, the Court **DENIES** defendants' request to appear at the case management conference by telephone.

**IT IS SO ORDERED.**

Dated: January 8, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE