ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
David A. Soldani, State Bar No. 210302
555 West Shaw Avenue, Suite C-1
P.O. Box 5394
Fresno, California 93755-5394
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

Attorneys for Defendants RANDY THOMPSON PAINTING, INC.
and RANDY RAY THOMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES; LES PROTEAU AND CHARLES DEL MONTE, as Trustees; and DISTRICT COUNSEL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDY THOMPSON PAINTING, INC., a California corporation, and RANDY RAY THOMPSON, an individual,<br><br>Defendants. | CASE NO.: C-07-4703 EDL<br><br>**SECOND REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>DATE: January 17, 2008<br>TIME: 11:00 a.m.<br>DEPT: 9<br>JUDGE: Hon. William Alsup |

Defendants RANDY THOMPSON PAINTING, INC. and RANDY THOMPSON ("Defendants") respectfully request to appear telephonically, by and through their attorney, David A. Soldani, at the Case Management Conference now scheduled before Honorable William Alsup on January 17, 2008 at 11:00 a.m. in Department 9 of this court.

1  As set forth in the Declaration of David A. Soldani, concurrently filed with this request, good cause exists for a telephonic appearance in that Mr. Soldani's office is located in Fresno, California; therefore, the travel expenses and attorney's fees incurred by Defendants by making a personal appearance at the Case Management Conference would create an undue hardship for Defendants.  Additionally, the travel expenses and attorney's fees incurred would constitute a significant percentage of the total amount in controversy in this action.  Further, Mr. Soldani has other matters requiring his personal attendance locally on the same day as the Case Management Conference and, given the distance, would run the risk of missing those commitments or arriving late.

Based on this Request and the supporting Declaration of David A. Soldani, Defendants respectfully requested a telephonic appearance at that Case Management Conference.

DATED: January 9, 2008.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO


By_____/s/_____
David A. Soldani, Attorneys for Defendants
RANDY THOMPSON and RANDY THOMPSON
PAINTING, INC.

-2-
SECOND REQUEST TO APPEAR BY TELEPHONE

**PROOF OF SERVICE**

My business address is 555 West Shaw Avenue, Post Office Box 5394, Fresno, California 93755. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **SECOND REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Muriel B. Kaplin, Esq.                                        Fax No.: (415) 882-9287
Michele R. Stafford, Esq.
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, California 94105

_____    (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____    (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

\_\_X\_\_    (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

_____    (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____    (BY OVERNIGHT MAIL) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON January 9, 2008, at Fresno, California.

_____    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

\_\_X\_\_    (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

/s/
L. Lynne King

-3-
SECOND REQUEST TO APPEAR BY TELEPHONE