1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
   A Professional Corporation
2  David A. Soldani,  State Bar No. 210302
   555 West Shaw Avenue, Suite C-1
3  P.O. Box 5394
   Fresno, California 93755-5394
4  Telephone: (559) 225-6700
   Facsimile: (559) 225-3416
5
6  Attorneys for Defendants RANDY THOMPSON PAINTING, INC.
           and RANDY RAY THOMPSON
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10               SAN FRANCISCO DIVISION
11

12 | BAY AREA PAINTERS AND TAPERS | CASE NO.:  C-07-4703 EDL |
   | PENSION FUND, BAY AREA PAINTERS | |
13 | AND TAPERS HEALTH FUND, BAY AREA | |
   | PAINTERS AND TAPERS JOINT | |
14 | APPRENTICESHIP TRAINING FUNDS, | |
   | AND THEIR JOINT BOARDS OF | |
15 | TRUSTEES; LES PROTEAU AND | **DECLARATION OF DAVID A.** |
   | CHARLES DEL MONTE, as Trustees; and | **SOLDANI IN SUPPORT OF SECOND** |
16 | DISTRICT COUNSEL 16 OF THE | **REQUEST TO APPEAR** |
   | INTERNATIONAL UNION OF PAINTERS | **BY TELEPHONE AT CASE** |
17 | AND ALLIED TRADES, | **MANAGEMENT CONFERENCE** |
18 |                Plaintiffs, | |
19 | vs. | DATE:    January 17, 2008 |
   | | TIME:    11:00 a.m. |
20 | RANDY THOMPSON PAINTING, INC., a | DEPT:    9 |
   | California corporation, and RANDY RAY | JUDGE:  Hon. William Alsup |
21 | THOMPSON, an individual, | |
22 |                Defendants. | |

23

24       I, David A. Soldani, declare:

25       1.      I am an attorney at law, licensed to practice before all the Courts in the State of

26 California, and am associated with in the law firm of Atkinson, Andelson, Loya, Ruud & Romo,

27 / / /

28

011616.00010/564863v1

1   attorneys for Defendants RANDY THOMPSON PAINTING, INC. and RANDY THOMPSON

2   ("Defendants").

3   .    2.    This declaration is based on my own personal knowledge and, if called upon, I

4   could and would competently testify as to the truth of these facts.

5        3.    I make this declaration in support of Defendants' Second Request to Appear

6   Telephonically at the Case Management Conference now scheduled before Honorable William

7   Alsup on January 17, 2008 at 11:00 a.m. in Department 9 of this court.

8        4.    Good cause exists for a telephonic appearance for the following reasons:

9            (a)    My office is located in Fresno, California; therefore, the travel expenses

10  and attorney's fees Defendants would incur as a result of my personal appearance at the Case

11  Management Conference would create an undue hardship for Defendants; and

12           (b)    The amount of attorney's fees Defendants would incur by my personal

13  appearance would constitute a significant percentage of the total amount in controversy in this

14  matter.

15       5.    I have made many telephonic appearances at case management conferences both in

16  federal and state courts throughout the State of California and have never, as a result of such

17  telephonic appearances, been unable to meaningfully and effectively participate in such

18  conferences.

19       6.    In addition, I have other matters requiring my personal attendance locally,

20  commencing at 2:00 p.m. on the same day as the Case Management Conference and, given the

21  distance, I would run the risk of missing those commitments or arriving late.

22       7.    The interests of justice will not be thwarted by my appearing telephonically at this

23  Case Management Conference.

24       8.    The parties in this matter continue to work toward resolving this matter without

25  the intervention of the court at this time.

26  / / /

27  / / /

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
555 WEST SHAW AVENUE, SUITE C-1
P.O. BOX 5394
FRESNO, CALIFORNIA 93755-5394
TELEPHONE: (559) 225-6700
FACSIMILE: (559) 225-3416

-2-

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this declaration was executed on January 9, 2008, at Fresno,

3    California.

4

5    _____
/s/
David A. Soldani

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
555 WEST SHAW AVENUE, SUITE C-1
P.O. BOX 5394
FRESNO, CALIFORNIA 93755-5394
TELEPHONE: (559) 225-6700
FACSIMILE: (559) 225-3416

-3-
SOLDANI DECLARATION SUPPORTING SECOND
REQUEST TO APPEAR BY TELEPHONE

1

**PROOF OF SERVICE**

2

       My business address is 555 West Shaw Avenue, Post Office Box 5394, Fresno,

3

California 93755. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

4

       On the date indicated below, I served the foregoing document(s) described as

**DECLARATION OF DAVID A SOLDANI IN SUPPORT OF SECOND REQUEST TO**

5

**APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** on all interested

6

parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

7

Muriel B. Kaplin, Esq.                     Fax No.:  (415) 882-9287

Michele R. Stafford, Esq.

8

SALTZMAN & JOHNSON LAW CORPORATION

120 Howard Street, Suite 520

9

San Francisco, California  94105

10

_____

11

(BY MAIL)  I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage

12

thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

13

_____

(BY PERSONAL SERVICE)  I caused delivery of such envelope(s), by hand, to the

14

office(s) of the addressee(s).

15

__X__

(BY ELECTRONIC MAIL)  I caused such documents to be scanned into PDF format

16

and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

17

_____

(BY FACSIMILE)  I caused the above-referenced document to be delivered by

18

facsimile to the facsimile number(s) of the addressee(s).

19

_____

(BY OVERNIGHT MAIL)  I caused the above-referenced envelope(s) to be delivered

20

to an overnight courier service for delivery to the addressee(s).

21

EXECUTED ON January 7, 2008, at Fresno, California.

22

_____

(STATE)  I declare under penalty of perjury under the laws of the State of California

23

that the foregoing is true and correct.

24

__X__

(FEDERAL)  I declare that I am employed in this office of a member of the bar of this

25

court at whose direction this service was made.

26

                         /s/

27

                    L. Lynne King

28

SOLDANI DECLARATION SUPPORTING SECOND
REQUEST TO APPEAR BY TELEPHONE