United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, LS PROTEAU AND CHARLES DEL MONTE, as Trustees, and DISTRICT COUNSEL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>    Plaintiffs,<br><br>  v.<br><br>RANDY THOMPSON PAINTING INC., a California corporation, and RANDY RAY THOMPSON, an individual,<br><br>    Defendants.<br>                                       / | No. C 07-04703 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DENYING ATTENDANCE BY TELEPHONE** |

It is not good enough that defense counsel have "made many telephonic appearances . . . both in federal and state courts" in the past. Telephone conferences do not work because counsel invariably talk over one another and the Court cannot get a word in edgewise. We have learned this the hard way. In this Court, therefore, counsel shall personally appear at the case management conference. Do not ask again.

The Court notes that defendants are represented by two firms in Fresno. Surely, there is one lawyer in one of these two firms who can appear. The Court had previously granted defendants' request for a continuance of thirty days to discuss settlement. However, the Court

shall **GRANT** one last continuance, to **JANUARY 24, 2007, AT 11:00 A.M.**  Please file a joint case management conference statement at least seven days prior.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated:  January 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE