Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING, INC., and RANDY RAY THOMPSON, <br><br> Defendants. | Case No.: C07-4703 WHA <br><br> **JOINT CASE MANAGEMENT STATEMENT AND REQUEST TO CONTINUE** <br><br> Date:  January 17, 2008 <br> Time:  2:30 p.m. <br> Courtroom: 9, 19th Floor <br> Judge:  The Honorable William H. Alsup |

 The parties to this action hereby submit this Case Management Statement to now provide in detail the good cause to again continue the Case Management Conference now set for January 17, 2008:

 1. This action was filed by plaintiffs on September 13, 2007, to compel payment by defendants of amounts found due on a payroll audit of defendants' records for the period January 1, 2004 through December 31, 2005.

 2. Defendants denied liability and obtained counsel.

-1-

JOINT CASE MANAGEMENT STATEMENT
Case No.: C07-4703 WHA

P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 WHA Joint Case Management Statement 011008.DOC

3. Plaintiffs were contacted by defendants' counsel, who expressed a willingness to work together to resolve this matter. Defendants' counsel provided to plaintiffs a detailed inquiry regarding the audit, which was considered by plaintiffs, and certain revisions were made to the audit.

4. Defendants' counsel had resulting questions, which required further research on the part of plaintiffs to clarify those inquiries and substantiate Plaintiffs' claims.

**5. That research was completed only recently, following the intervening holidays. The information has just been provided to defendants' counsel, who has been out ill for several days but advised he will contact his client promptly.**

**6. Both parties have voiced their interest in reaching an informal resolution to this matter, with the resulting efficiency and reduction of time for the court and of expense to the parties. For that reason, the parties hereto believe that good cause is shown to continue the Case Management Conference, currently set for January 17, 2008, for 60 days, to allow for the above negotiations between the parties to take place, settlement to be reached and appropriate resolution to be filed.**

**7. In the event that resolution is not reached promptly, plaintiffs would file a Motion for Summary Judgment.**

**8. The parties are attempting to avoid that expense and therefore respectfully request to continue the Case Management Conference, currently set for January 17, 2008,** *by 60 days.*

Dated: January 10, 2008               ATKINSON, ANDELSON, LOYA,
                                       RUUD & ROMO


                                       _____/s/_____
                                       David A. Soldani, Esq.
                                       Attorneys for Defendants

///

Dated: January 10, 2008

SALTZMAN & JOHNSON
LAW CORPORATION


_____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

    The currently set Case Management Conference is hereby continued to _____, 2008, at _____.

Date: _____    _____
                                               United States District Court Judge

-3-
JOINT CASE MANAGEMENT STATEMENT
Case No.: C07-4703 WHA
P:\CLIENTS\PATCL\Randy Thompson Painting\Pleadings\C07-4703 WHA Joint Case Management Statement 011008.DOC