**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, BAY AREA PAINTERS AND TAPERS HEALTH FUND, BAY AREA PAINTERS AND TAPERS JOINT APPRENTICESHIP TRAINING FUNDS, AND THEIR JOINT BOARDS OF TRUSTEES, LS PROTEAU AND CHARLES DEL MONTE, as Trustees, and DISTRICT COUNSEL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,<br><br>Plaintiffs,<br><br>v.<br><br>RANDY THOMPSON PAINTING INC., a California corporation, and RANDY RAY THOMPSON, an individual,<br><br>Defendants. / | No. C 07-04703 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE** |

The request to continue the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE