# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bay Area Painters & Tapers Pension Fund,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Randy Thompson Painting, Inc.,<br><br>            Defendant(s). | 07-04703 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Mediator assigned to this case is:

    **Robin W. Siefkin**
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102
415-522-4636
Robin_Siefkin@cand.uscourts.gov

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04703 WHA MED        - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: January 28, 2008

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04703 WHA MED                - 2 -