**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 24, 2008

Case No.  C 07-04703 WHA

Title: BAY APREA PAINTERS & TAPERS v. RANDY THOMPSON PAINTING

Plaintiff Attorneys: Muriel Kaplan

Defense Attorneys: W. Bryce Chastain

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 1/31/08

Discovery Cutoff: 9/19/08

Designation of Experts: 9/19/08

Last Day to File Motion: 11/6/08

Continued to __ for Further Case Management Conference

Continued to  1/12//09 at 2:00 pm  for Pretrial Conference

Continued to  1/26/09 at 7:30 am  for Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.