Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RANDY THOMPSON PAINTING, INC., et al., <br><br> Defendants. | Case No.:  C07-4703 WHA <br><br> **NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation, will relocate its office. This notice is sent to you pursuant to the Judgment Pursuant to Stipulation to advise you that the new address to which all stipulated payments, correspondence, as well as copies of all pleadings, notices and other papers, should be sent, **effective May 5, 2008**, is:

> Saltzman & Johnson Law Corporation
> **44 Montgomery Street, Suite 2110**
> **San Francisco, California 94104**
> Tel: 415-882-7900 / Fax: 415-882-9287

P://Clients/PATCL/RANDY THOMPSON PAINTING/Pleadings/Notice of Change of Address 4-16-08

1    Please note that the telephone and facsimile numbers have not changed.

2    Please be sure to <u>fax your report and copy of check</u>, as applicable, during this transition

3  period.

4

5  Dated: April 17, 2008                    SALTZMAN & JOHNSON LAW COPORATION

6                                           _____/s/_____

7                                           Muriel B. Kaplan
                                            Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P://Clients/PATCL/RANDY THOMPSON PAINTING/Pleadings/Notice of Change of Address 4-16-08

1

2                                    <u>PROOF OF SERVICE</u>

3    I, the undersigned, declare:

4
        I am a citizen of the United States and am employed in the County of San Francisco, State
5
of California.  I am over the age of eighteen and not a party to this action.  My business address is
6
120 Howard Street, Suite 520, San Francisco, California 94105.
7

8        On April 21, 2008, I served the following documents:

9                       **NOTICE OF CHANGE OF ADDRESS**

10   on the interested parties in said action by facsimile transmission to the numbers below and by

11   placing a true and exact copy of each document in and sealed envelope with postage thereon fully

12   prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

13
               **David A. Soldani, Esq.**              **William M. Woolman**
14             **ATKINSON, ANDELSON, LOYA,**           **JORY, PETERSON, WATKINS,**
               **RUDD & ROMO**                         **ROSS & WOOLMAN**
15             **555 W. Shaw Avenue**                  **555 West Shaw Avenue, Suite C-1**
               **Fresno, CA 93704**                    **P.O. Box 5394 (93755-5394)**
16             **Fax: (559) 225-3416**                 **Fresno, CA 93704**
                                                       **Fax: (559) 225-3416**
17
               **Randy Thompson**
18             **Randy Thompson Painting, Inc.**
               **3274 West Jensen Avenue**
19             **Fresno, CA 93706**
               **Fax: (559) 266-6903**
20

21
        I declare under penalty of perjury that the foregoing is true and correct and that this
22
declaration was executed on this 21st day of April, 2008, at San Francisco, California.
23

24
                            _____/s/_____
25                                    Diana M. Sage

26

27
                                                                  **-1-**
28                                        **NOTICE OF CHANGE OF ADDRESS**
     P://Clients/PATCL/RANDY THOMPSON PAINTING/Pleadings/Notice of Change of Address 4-16-08    **Case No. C07-4703 WHA**